# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GINGER BUCKLEY and RHONDA PERRIGO, on behalf of themselves and all others similarly situated, | CASE No. 3:21-cv-00296 |
| Representative Plaintiffs, | Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair Newbern |
| vs. | COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT OF 1938 |
| REHAB AMERICA, LLC, and TRUADVANTAGE MISSOURI LLC, | |
| Defendants. | JURY DEMAND |

**PLAINTIFFS' UNOPPOSED MOTION FOR COURT APPROVAL OF FLSA §216(b) COLLECTIVE ACTION SETTLEMENT**

Plaintiffs Ginger Buckley and Rhonda Perrigo ("Plaintiffs"), through undersigned Class Counsel Dickinson Wright PLLC, and respectfully move this Court to approve the parties' Settlement Agreement.

For the reasons set forth more fully in Plaintiffs' contemporaneously filed memorandum of law and its attached declarations, the proposed Settlement Agreement is "fair, reasonable and adequate;" provides the Class Members with substantial monetary relief; and satisfies all other criteria for final approval. Accordingly, Plaintiffs respectfully request the Court to grant this Motion and enter an Order approving:

1) the parties' Settlement Agreement, which resolves all claims asserted against Defendants in this matter, as fair, reasonable and adequate;

2) the Gross Settlement Amount set forth in paragraph 8.h. of the Settlement Agreement;

3) the service awards to Plaintiffs as set forth in paragraph 13 of the Settlement Agreement; and,

4) Class Counsel's attorneys' fees and expenses as set forth in paragraphs 15(a)-(b).

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order approving the parties' Settlement Agreement resolving all claims asserted against Defendants; the Gross Settlement amount; the service awards to Named Plaintiffs and specified opt-in Plaintiffs; and Class Counsels' attorney's fees and expenses.

Respectfully submitted,

/s/ Joshua L. Burgener
Peter F. Klett, TN Bar #12688
Joshua Burgener, TN Bar #29077
DICKINSON WRIGHT PLLC
Fifth Third Center
424 Church Street, Suite 800
Nashville, TN 37219-2392
Tel.: 615.244.6538
pklett@dickinsonwright.com
jburgener@dickinsonwright.com

*Counsel for Class Members*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed electronically on this 13th day of December, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties listed below. Parties may access this filing through the Court's electronic filing system:

James K. Simms, IV (#021688)
Sarah M. Ferraro (#038383)
Thompson Burton, PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
Tel.:   615.465-6014
jk@thompsonburton.com
sferraro@thompsonburton.com

                                                /s/ Joshua L. Burgener
                                                Joshua L. Burgener

4878-3397-5045 v1 [96294-1]