## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Ginger Buckley, et al.

                        Plaintiff,

v.                                                       Case No.: 3:21−cv−00296

Rehab America, Inc., et al.

                        Defendant,

## **ENTRY OF JUDGMENT**

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/17/2021 re [39].

                                                                     Lynda M. Hill
                                                   s/ Lindsay Newsom, Deputy Clerk